ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR MIRUMYAN,<br><br>Defendant. | CASE NO. 2:01-CR-00316-KJM<br><br>**ORDER** |

　　　Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment Aleksandr Mirumyan is dismissed. Any pending arrest warrant is recalled.

DATED:  November 17, 2025.

_____
UNITED STATES DISTRICT JUDGE